IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00851-NYW

AMINE MAKSI,

    Plaintiff,

v.

ROUTE RIDERS CO, INC.;
ROUTE RIDER CO, LLC
PRAVEEN RAO, individually, and in his official corporate capacity; and
ANU SINGH, individually, and in her official corporate capacity,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Amine Maksi, by and through undersigned counsel, gives notice of voluntarily dismissing the claims in this action, with prejudice, against the Defendants.

RESPECTFULLY SUBMITTED this 19th Day of June, 2020.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 0089601)
Christopher J. Bendau
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com

2

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon (OH No. 0089483)
6000 Freedom Square Dr.
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19th, 2020, I electronically transmitted the foregoing document to the United States District Court, District of Colorado, Court Clerk, using the CM/ECF System.  All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ *Clifford P. Bendau, II*

2